IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JAMES W NEWTON,

    Plaintiff,

v.               CASE NO. 5:15-cv-00132-MP-GRJ

CRUTCHFIELD,

    Defendant.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated June 15, 2015. (Doc. 4). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed. Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.
2. This case is DISMISSED without prejudice for abuse of the judicial process and for failure to exhaust administrative remedies before filing the case. Although the dismissal is without prejudice the dismissal should operate as a strike pursuant to 28 U.S.C. § 1915(g).

**DONE AND ORDERED** this   27th day of August, 2015

                       *s/Maurice M. Paul*
                       Maurice M. Paul, Senior District Judge